UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW U.D. STRAW,<br><br>                    Plaintiff,<br><br>           -against-<br><br>WOLTERS KLUWER UNITED STATES<br>INC. ET AL,<br><br>                    Defendants. | 20-CV-3251 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued May 1, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   May 1, 2020
         New York, New York

                                            _____
                                                    Louis L. Stanton
                                                       U.S.D.J.