# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of June, two thousand twenty.

Before:     Susan L. Carney,
                 *Circuit Judge.*

_____

Andrew U.D. Straw,

       Plaintiff - Appellant,

v.

Wolters Kluwer United States Inc., Lisa G. Lerman, Philip G. Schrag, Robert Rubinson,

       Defendants - Appellees.

_____

**ORDER**

Docket No. 20-1507

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2020

      Appellant, an attorney who seeks to represent himself in this appeal, is a member of the Virginia bar in good standing. As an attorney seeking to appear in this Court, he has moved for waiver of the requirement that he seek either full or *pro hac vice* admission to this Court's bar in order to appear on his own behalf. He also asks the Court to "reverse the default dismissal" of his appeal for failure to cure the defect in his filing Forms C and D without having sought admission to the Court's bar and also requests that the Court direct the Clerk to accept his filings as a non-lawyer *pro se* litigant.

      Upon due consideration, IT IS HEREBY ORDERED that the motion is denied in all respects. LR 46.1. Appellant is directed to apply for full admission or move for *pro hac vice* admission to the bar of this Court within ten days of the date of this order. The order dismissing the appeal on default is amended to extend the effective date of the dismissal to July 1, 2020.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

