**MANDATE**



# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

1:20-cv-03251-LLS

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of June, two thousand and twenty,

Andrew U.D. Straw,

    Plaintiff - Appellant,

v.

Wolters Kluwer United States Inc., Lisa G. Lerman, Philip G. Schrag, Robert Rubinson,

    Defendants - Appellees.

**ORDER**
Docket Number: 20-1507

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2020

A notice of appeal was filed on May 05, 2020. Appellant's Form C was due May 19, 2020. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective June 16, 2020 if the form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 07/23/2020